387 A.2d 116

Grochowski, Appellant, v. Keystone Insurance Company.

Argued December 13, 1977. Gordon Gelfond, with him Arnold Levin, for appellant; Walter R. Milbourne, with him Obermayer, Rebmann, Maxwell & Hippel, for appellee.

Order affirmed.

387 A.2d 117

Gulf Oil Corporation v. DiPierro, Appellant.

Argued December 9, 1977. Martin J. Resnick, with him E. Harris Baum, for appellant; Peter M. McGonigle, with him John T. Clary, for appellee.

Appeal quashed.

HOFFMAN, J., would affirm as moot.